UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DMITRIY LAZAREV
        Plaintiff

      V.
                                          CIVIL ACTION:18CV10540-RWZ

DEPASQUALE VENTURES, LLC
        Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                                                      AUGUST 7, 2018

      The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 45 days, to reopen the action if settlement is not consummated.

                                                            By the Court,

                                                            s/ Lisa A. Urso
                                                           Deputy Clerk